# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2018

*The Court of Appeals hereby passes the following order:*

**A17A2078.  JFS PROPERTIES, INC., et al. v. SOUTHCREST BANK, N. A.**

SouthCrest Bank, N. A. has filed a motion to dismiss this appeal filed by JFS Properties, Inc., Appalachian Company, and EarthResources of Franklin County, LLC (collectively "JFS Properties") on the ground that JFS Properties has no standing to appeal the trial court's order granting a motion for summary judgment in favor of the Environmental Protection Division ("EPD") on a counterclaim the EPD had filed against only SouthCrest.

We agree that JFS Properties, applicants on a letter of credit, lacks standing, and therefore we dismiss this appeal. OCGA § 11-5-103 (d) provides:

> Rights and obligations of an issuer to a beneficiary or a nominated person under a letter of credit are independent of the existence, performance, or nonperformance of a contract or arrangement out of which the letter of credit arises or which underlies it including contracts or arrangements between the issuer and the applicant and between the applicant and the beneficiary.

By the plain language of this Code section, the rights and obligations as between SouthCrest Bank (the issuer of the letter of credit) and the EPD (the beneficiary of the letter of credit) with respect to the letter of credit are independent of the existence, performance, or nonperformance of any contract or arrangement out of which the letter of credit arises or which underlies it including any contract or arrangement between SouthCrest Bank and JFS Properties or between JFS Properties

and the EPD.

It follows that JFS Properties has no standing to intervene in the relationship that the letter of credit created between the EPD and SouthCrest Bank, except as provided by OCGA § 11-5-109 (b). That Code section authorizes an applicant on a letter of credit to seek temporary or permanent injunctive relief from honoring a presentation to pay on a letter of credit, to avoid a material fraud by the beneficiary on the issuer or applicant. Any assertion by JFS Properties that it is an aggrieved party is foreclosed by our opinion issued in Case No. A18A0028.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*